1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Defendant
   Travix Travel USA Inc.

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12  THE WAVE STUDIO, LLC, a New York          Case No.: 3:15-cv-01341-RS
    Limited Liability Company,
13                                            **STIPULATION AND [PROPOSED]
                       Plaintiff,             ORDER CONTINUING CASE
14         v.                                 MANAGEMENT CONFERENCE**

15  BRITISH AIRWAYS PLC, a United Kingdom     Judge:          Hon. Richard Seeborg
    Corporation, HOTELS COMBINED LLC, an      Trial Date:     TBD
16  Australian Corporation, SWISS             Date Action Filed:  May 20, 2015
    INTERNATIONAL AIR LINES LTD., a
17  Switzerland Corporation d/b/a SWISS, TRAVIX
    TRAVEL USA INC., a Georgia Corporation,
18  VISITUSA LLC, a Utah Limited Liability
    Company, and DOES 1-100,
19
20                     Defendants.

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Defendants Swiss International Air Lines Ltd. and Travix Travel USA Inc. (the

2    "Stipulating Defendants") and Plaintiff The Wave Studio, LLC hereby stipulate and request that

3    the Court continue the Initial Case Management Conference in this case, currently scheduled for

4    October 8, 2015.

5    The Stipulating Defendants are two of five Defendants in this action:  Defendant Hotels

6    Combined LLC has not appeared in this action.  Defendant VisitUSA has also not appeared in

7    this action, but on behalf of Visit USA, David Urman has filed a pro se motion to dismiss

8    VisitUSA.  The hearing date for that motion was vacated when this case was reassigned to Judge

9    Seeborg and Mr. Urman has not renoticed the motion.

10    None of the defendants has answered or otherwise responded to the Complaint.  The

11    current response dates are as follows:

12    - Plaintiff served Swiss International Airlines Ltd. with the complaint on May 19,

13    2015, with a stipulated deadline to answer of October 9, 2015.

14    - Plaintiff served British Airways Plc with the complaint on May 20, 2015, with a

15    stipulated deadline to answer of October 9, 2015.

16    - Plaintiff served Travix with the complaint on May 21, 2015, with a stipulated

17    deadline to answer of October 9, 2015.

18    - Plaintiff served Hotels Combined LLC with the complaint on May 20, 2015, with

19    a stipulated deadline to answer of September 25, 2015.

20    - Plaintiff served VisitUSA with the complaint on May 23, 2015, with a deadline to

21    answer of June 16, 2015.

22    The stipulating defendants are currently exploring whether they can reach agreement with

23    Plaintiff and the other two defendants for a transfer of this case to the Southern District of New

24    York, where a related case is currently pending.  A continuance of the Case Management

25    Conference will afford the parties an opportunity to explore whether the case should be

26    transferred or stayed.  If the case is not transferred or stayed, the continuance will afford the other

27    defendants an opportunity to appear in the case and/or participate in the Case Management

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Conference.

2          Accordingly, the stipulating parties hereby request that the Court continue the Case

3  Management Conference, currently scheduled for October 8, 2015, to November 5, 2015 at 10:00

4  a.m. or to a date convenient to the Court thereafter.

5  IT IS SO STIPULATED:

6  Dated:    September 24, 2015              Respectfully submitted,

7                                           FENWICK & WEST LLP

8

9                                           By: /s/ Jedediah Wakefield
                                                 Jedediah Wakefield
10                                                Sebastian E. Kaplan

11                                           Attorneys for Travix Travel USA Inc.

12  Dated:    September 24, 2015              BRINKS GILSON LLP

13

14                                           By: /s/ Willam Frankel
                                                 William Frankel
15
                                             Attorneys for Swiss International Air Lines Ltd.
16

17  Dated:    September 24, 2015              COBALT LLP

18

19                                           By: /s/ Vijay Toke
                                                 Vijay Toke
20
                                             Attorneys for The Wave Studio, LLC
21

                              **ATTESTATION OF SIGNATURES**
22

23          Pursuant to Local Civil Rule 5-1(i), I hereby attest that I have obtained concurrence in the

24  filing of this document from each of the Signatories.

25                                           By: /s/ Jedediah Wakefield

26                                                Jedediah Wakefield

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC                          2                    Case No.: 3:15-cv-01341-RS

1    GOOD CAUSE APPEARING THEREFORE:

2    IT IS ORDERED that the Initial Case Management Conference scheduled for October 8,

3    2015 be vacated and reset for November 12, 2015 at 10:00 a.m.  The parties' joint case

4    management statement shall be filed on or before November 5, 2015.

5

6    Dated:    September 24, 2015

     _____
     Hon. Richard Seeborg
7    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO