1  WILLIAM H. FRANKEL (admitted *pro hac vice*)
   (wfrankel@brinksgilson.com)
2  DANIELLE ANNE PHILLIP (admitted *pro hac vice*)
   (dphillip@brinksgilson.com)
3  BRINKS GILSON & LIONE
   NBC Tower – Suite 3600
4  455 N. Cityfront Plaza Drive
   Chicago, IL 60611
5  Telephone:  (312) 321-4200
   Facsimile:  (312) 321-4299
6
   PETER M. HART (CA Bar No. 107920)
7  (peter.hart@leclairryan.com)
   LECLAIRRYAN, LLP
8  44 Montgomery Street, Suite 3100
   San Francisco, CA 94104
9  Telephone:  (415) 391-7111
   Facsimile:  (415) 391-8766
10
   Attorneys for Defendants
11 BRITISH AIRWAYS PLC and SWISS INTERNATIONAL AIR LINES LTD.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>            Plaintiff,<br><br>    v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a Swiss, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>            Defendants. | Case No. 15-cv-01341-RS<br> ORDER<br>**JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

1    Plaintiff, The Wave Studio, LLC ("Wave"), and Defendants British Airways Plc, Swiss
2 International Air Lines Ltd. ("Swiss"), and Travix Travel USA Inc. ("Travix") (collectively, the
3 "Stipulating Defendants"), by and through their counsel of record, submit the following stipulation:
4    The Stipulating Defendants and Wave hereby stipulate and request that the above-captioned
5 case shall be transferred to the United States District Court for the Southern District of New York.
6 The Stipulating Defendants believe the above-captioned case is related to litigation currently
7 pending in the Southern District of New York, captioned *The Wave Studio, LLC v. General Hotel
8 Management, et al.*, No. 7:13-CV-09239-CS-PED (S.D.N.Y.) (the "*GHM* litigation"), and should be
9 consolidated with the *GHM* litigation. The Stipulating Defendants and Wave agree that the transfer
10 stipulated here is without prejudice to consolidation of this case with the *GHM* litigation, and that
11 upon transfer to the Southern District of New York, the Stipulating Defendants may seek to file a
12 motion to consolidate this case with the *GHM* litigation.
13    Defendant Hotels Combined LLC has not appeared in this case.  Counsel for Defendant
14 Hotels Combined LLC has advised counsel for British Airways and Swiss that Hotels Combined
15 LLC consents to and does not oppose the transfer of this case to the Southern District of New York.
16    Defendant VisitUSA LLC has not appeared in this case, but David Urman had filed a motion
17 to dismiss on behalf of VisitUSA LLC. Mr. Urman advised counsel for British Airways and Swiss
18 that he does not oppose the transfer of this case to the Southern District of New York.
19    Now, therefore, it is hereby stipulated by and between Wave and the Stipulating Defendants,
20 through their respective counsel, that this case be transferred to the United States District Court for
21 the Southern District of New York.
22 IT IS SO STIPULATED:
23
24 Dated: October 7, 2015            COBALT LLP
25                       BY:    /s/ VIJAY TOKE
                          Vijay Toke
26                       vijay@cobaltlaw.com
27                       Attorneys for Plaintiff
                         THE WAVE STUDIO, LLC
28

| | |
|---|---|
| Dated: October 7, 2015 | BRINKS GILSON & LIONE |
| | BY:  /s/ WILLIAM H. FRANKEL  <br>William H. Frankel (*pro hac vice*) <br>Danielle Anne Phillip (*pro hac vice*) <br>wfrankel@brinksgilson.com <br>dphillip@brinksgilson.com |
| Dated: October 7, 2015 | LECLAIRRYAN LLP |
| | BY:  /s/ PETER M. HART  <br>Peter M. Hart <br>peter.hart@leclairryan.com |
| | Attorneys for Defendants <br>BRITISH AIRWAYS PLC and SWISS INTERNATIONAL AIR LINES LTD. |
| Dated: October 7, 2015 | FENWICK & WEST LLP |
| | BY:  /s/ JEDEDIAH WAKEFIELD  <br>Jedediah Wakefield <br>Sebastian E. Kaplan <br>jwakefield@fenwick.com <br>skaplan@fenwick.com |
| | Attorneys for Defendant <br>TRAVIX TRAVEL USA INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  10/7/15

_[signature]_
The Honorable Richard G. Seeborg
United States District Court Judge